**Opinion filed August 31, 2023**



In The

# Eleventh Court of Appeals

_____

## No. 11-23-00141-CV

_____

## EMILY ELIZABETH HARRIS, Appellant

## V.

## ZANE HARRIS, Appellee

**On Appeal from the 446th District Court**
**Ector County, Texas**
**Trial Court Cause No. E-23-04-0504-FM**

## M E M O R A N D U M   O P I N I O N

Appellant, Emily Elizabeth Harris, filed a pro se notice of appeal from the trial court's final protective order. When the appeal was docketed in this court on June 22, 2023, the clerk of this court requested that Appellant forward the $205 filing fee and a docketing statement on or before July 7, 2023. We notified Appellant by letter dated July 14, 2023, that the filing fee and docketing statement were past due. In that letter, we directed Appellant to pay the $205 filing fee and file the docketing statement on or before July 21, 2023, and we informed Appellant that failure to do

so "may result in dismissal of the case."  On July 24, 2023, we further extended the deadline for Appellant to pay the filing fee and file the docketing statement to July 31, 2023, again informing her that failure to comply with these two requirements "may result in dismissal of the case."  As of this date, we have not received the filing fee or the docketing statement from Appellant.  On August 8, 2023, Appellant notified our clerk's office via telephone that she did not wish to pursue the appeal.

Because Appellant has failed to pay the required filing fee, failed to comply with this court's directives, and notified this court that she no longer wishes to pursue the appeal, we dismiss the appeal.  *See* TEX. R. APP. P. 5, 42.3(b), (c).


W. STACY TROTTER

JUSTICE


August 31, 2023

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.